IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:19-CR-205 |
| vs. | |
| ANTONIO PHILLIP, | MEMORANDUM AND ORDER |
| Defendant. | |

The defendant objects (filing 46) to the Magistrate Judge's findings and recommendation (filing 42) recommending that his motion to suppress and for a *Franks* hearing (filing 24) be denied. The Court conducted a de novo review of the defendant's motion pursuant to 28 U.S.C. § 636(b)(1). The Court concurs in the Magistrate Judge's factual findings and legal analysis. The Court therefore finds the defendant's objection to be without merit, and will adopt the Magistrate Judge's findings and recommendation.

IT IS ORDERED:

1. The Magistrate Judge's findings and recommendation (filing 42) are adopted.

2. The defendant's objection (filing 46) is overruled.

3. The defendant's motion to suppress and for a *Franks* hearing (filing 24) is denied.

Dated this 13th day of February, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge