IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:19-CR-205 |
| vs. | FINAL ORDER OF FORFEITURE |
| ANTONIO PHILLIP, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 76). On August 14, 2020, the Court entered a Preliminary Order of Forfeiture (filing 71) pursuant to 21 U.S.C. § 853, based upon the defendant's plea of guilty to possessing marijuana with intent to distribute in violation of 21 U.S.C. § 841, and his admission of the forfeiture allegation contained in the indictment. By way of the preliminary order of forfeiture, the defendant's interest in $3,131 in United States currency was forfeited to the United States. Filing 71.

As directed by the order, a Notice of Criminal Forfeiture was posted beginning on August 15, 2020, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 75) was filed on October 15, 2020. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 76) is granted.

2. All right, title, and interest in and to the $3,131 in United States currency held by any person or entity are forever barred and foreclosed.

3. The currency is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the currency in accordance with law.

Dated this 19th day of November, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge